IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 00-1074-CV-W-ODS |
| ) | |
| CLINTON L. STANCIL, ) | |
| ) | |
| Defendant. ) | |

**ORDER (1) ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION; (2) HOLDING DEFENDANT IN CONTEMPT OF COURT; AND (3) DIRECTING THE UNITED STATES MARSHAL FOR THE WESTERN DISTRICT OF MISSOURI TO ARREST DEFENDANT AND BRING HIM BEFORE THE COURT**

On May 24, 2010, the Honorable John T. Maughmer, United States Magistrate Judge for the Western District of Missouri, issued his Report and Recommendation recommending that Defendant be held in contempt and that the United States Marshal for the Western District of Missouri be directed to arrest Defendant and bring him before the Court. Defendant did not file an objection to the Report and Recommendation, and the time for doing so has passed. *See* 28 U.S.C. § 636(b)(1)(C); Local Rule 74.1(a)(2). The Court's independent review of the record confirms that Defendant failed to appear before Judge Maughmer on April 21, 2010, to undergo an examination concerning his ability to satisfy Plaintiff's judgment. Defendant also failed to show cause why he should not be held in contempt of this Court for failing to appear. The Court adopts Judge Maughmer's recommendation. Defendant is held in contempt of this Court and the United States Marshal for the Western District of Missouri is directed to arrest Defendant and bring him before the Court.
IT IS SO ORDERED.

/s/ Ortrie D. Smith
ORTRIE D. SMITH, JUDGE
DATE: June 29, 2010　　　　　　　　　　UNITED STATES DISTRICT COURT